IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CYRUS ANDREW SULLIVAN,

                Plaintiff,

        v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

                Defendant.

Case No. 3:22-cv-01491-SB

**ORDER**

**BECKERMAN, U.S. Magistrate Judge.**

Cyrus Andrew Sullivan ("Sullivan") moves to proceed *in forma pauperis* as a plaintiff in this action. (ECF No. 2.) Sullivan represents in his application that he "is unable to pay the costs of these proceedings and is entitled to relief." (*See id*.) However, Sullivan's application does not include a statement of his assets as required by 28 U.S.C. § 1915(a)(1).

Accordingly, the Court ORDERS Sullivan to supplement his application within thirty days. The Court attaches the District of Oregon's form application to proceed *in forma pauperis*.

PAGE 1 – ORDER

Failure to submit an amended application or pay the filing fee within thirty days shall result in

the dismissal of this proceeding.

DATED this 16th day of November, 2022.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 2 – ORDER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**_____ DIVISION**

_____

_____

*(Enter full name of plaintiff(s))*

      **Plaintiff(s),**

           **v.**

_____

_____

*(Enter full name of ALL defendant(s))*

      **Defendant(s).**

**Civil Case No.** _____
(*to be assigned by Clerk of the Court*)

**APPLICATION TO PROCEED**
***IN FORMA PAUPERIS***

I, _____, declare that I am the plaintiff in the above-entitled proceeding. In support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor, and that I am entitled to the relief sought in the complaint or petition.

In support of this application, I answer the following questions:

1.    Are you currently incarcerated?   ☐  Yes      ☐  No

    If "Yes," state the place of your incarceration:  _____

    **If "Yes" and you are filing a civil action or habeas corpus proceeding, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2.    Are you currently employed?   ☐  Yes ☐  No  ☐ Self-employed

    a.    If the answer is "Yes," state:

        Employer's name: _____

        Employer's address: _____

        Amount of take-home pay or wages: $_____ per _____ (*specify pay period*)

b.	If the answer is "No," state:

Name of last employer: _____

Address of last employer: _____

Date of last employment: _____

Amount of take-home salary or wages: $_____ per _____ (*specify pay period*)

3.	Is your spouse employed?  ☐ Yes  ☐ No  ☐ Self-employed  ☐ Not applicable

a.	If the answer is "Yes," state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages:  $_____ per _____ (*specify pay period*)

b.	Do you have access to your spouse's funds to pay the filing fee in this case?  ☐ Yes  ☐ No

Please explain your answer below:

_____
_____
_____
_____
_____

c.	If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?

☐ Yes  ☐ No    If the answer is "No," please explain below:

_____
_____
_____
_____
_____

4.	In the past 12 months have you received any money from any of the following sources?

a.	Business, profession, or other self-employment  ☐ Yes  ☐ No

If "Yes," state:  Amount received:	$ _____

Amount expected in future:	$ _____

b.	Rent payments, interest, or dividends	☐ Yes  ☐ No

If "Yes," state:  Amount received:	$ _____

Amount expected in future:	$ _____

c.    Pensions, annuities, or life insurance payments  ☐ Yes ☐ No

        If "Yes," state:  Amount received:    $ _____

                  Amount expected in future:    $ _____

d.    Disability or workers' compensation payments  ☐ Yes ☐ No

        If "Yes," state:  Amount received:    $ _____

                  Amount expected in future:    $ _____

e.    Gifts or inheritances  ☐ Yes ☐ No

        If "Yes," state:  Amount received:    $ _____

                  Amount expected in future:    $ _____

f.    Any other sources  ☐ Yes ☐ No

        If "Yes," state:  Source: _____

                  Amount received:    $ _____

                  Amount expected in future:    $ _____

5.    Do you have cash or checking or savings accounts?  ☐ Yes ☐ No
(including prison trust accounts)?

        If "Yes," state the total amount: $ _____

6.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?    ☐ Yes ☐ No

        If "Yes," describe the asset(s) and state the value of each asset listed:

        _____
        _____
        _____
        _____
        _____

7.    Do you have any other assets?    ☐ Yes ☐ No

        If "Yes," list the asset(s) and state the value of each asset listed:

        _____
        _____
        _____
        _____
        _____
        _____
        _____

8.    Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?        ☐ Yes  ☐ No

If "Yes," describe and provide the amount of the monthly expense:

_____
_____
_____
_____
_____
_____
_____

9.    List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

_____
_____
_____
_____
_____
_____
_____

10.   Do you have any debts or financial obligations?    ☐ Yes   ☐ No

If "Yes," describe the amounts owed and to whom they are payable:

_____
_____
_____
_____
_____
_____
_____

**If I am incarcerated and filing a prisoner civil rights complaint, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court, payments toward the full filing fee of $350.00 for a prisoner civil rights complaint, in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

_____        _____
DATE                          SIGNATURE OF APPLICANT

                              _____
                              PRINTED NAME OF APPLICANT

**Revised March 1, 2017**
**Page 4**                                                                **USDC - Oregon**