## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

CYRUS SULLIVAN

    Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION

    Defendant.

Case No.: 3:22–cv–01491–SB

ORDER TO PROCEED *IN FORMA PAUPERIS*
and service instructions

Plaintiff moves to proceed *in forma pauperis*. An examination of the application reveals that Plaintiff is unable to afford the costs of this action.

IT IS HEREBY ORDERED that the provisional *in forma pauperis* status given Plaintiff pursuant to LR 3–4(b) at the time this action was filed is confirmed. This action may go forward without the payment of any filing fees or costs associated with service.

IT IS FURTHER ORDERED THAT within 30 days of the filing date of this Order, Plaintiff shall:

(1)    Prepare an original summons for each defendant and submit it to the Clerk of Court for issuance;

(2)    Provide the original and three copies of such summons, three copies of the complaint, and three copies of the procedural order issued in this case to the Clerk of Court for service; and

(3)    Complete the U.S. Marshals Service Form (USM285) for service of process and submit it to the Clerk of Court. Summons forms and the USM285 forms may be obtained on request from the Clerk of Court's Office.

IT IS FURTHER ORDERED that the Clerk of Court is directed to promptly issue summons in this case and forward the documents received from Plaintiff for service of process, including the completed USM285 form(s), to the U. S. Marshals Service.

Pursuant to 28 U.S.C. § 1915(d), the U.S. Marshals Service is directed to serve a copy of the summons and complaint, together with any LR 16–1(d) scheduling orders on the defendant pursuant to Fed. R. Civ. P. 4(i) by: (1) delivering a copy of the documents to the U.S. Attorney for the District of Oregon (or to an Assistant U.S. Attorney designated by the United States Attorney in a writing filed with the Clerk of Court) or sending them by registered or certified mail to the civil process clerk for the U.S. Attorney; (2) sending a copy of the documents by registered or certified mail to the Attorney General in Washington, D.C., and (3) sending a copy of the documents by registered or certified mail to regional counsel for the agency.

Plaintiff may choose to complete service pursuant to Fed. R. Civ. P. 4 without the aid of the U.S. Marshals Service. If so, return(s) of service should be filed promptly following completion of service.

IT IS SO ORDERED.

DATED this 20th day of December, 2022

/s/Stacie F. Beckerman

Honorable Stacie F. Beckerman
United States Magistrate Judge.