UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CYRUS SULLIVAN,<br><br>       Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Civil No. 3:22-CV-01491-SB<br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, the Court hereby ORDERS that this case be remanded to the agency for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Appeals Council will remand the case to an Administrative Law Judge in order to:

- Offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this 30th day of August 2023.

*Stacie F. Beckerman*

_____
HON. STACIE F. BECKERMAN
UNITED STATES MAGISTRATE JUDGE