IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CYRUS SULLIVAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL No. 3:22-CV-01491-SB |
| | ) | |
| COMMISSIONER, SOCIAL | ) | ORDER AWARDING FEES |
| SECURITY ADMINISTRATION, | ) | PURSUANT TO THE EQUAL |
| | ) | ACCESS TO JUSTICE ACT |
| | ) | |
| Defendant. | ) | |

It is hereby ORDERED that attorney fees in the amount of $8,250.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The amount of this award shall be paid to Plaintiff's attorney upon verification that Plaintiff validly assigned these EAJA fees to his attorney and that Plaintiff has no debt, which qualifies for offset against the award, pursuant to the Treasury Offset Program. *See Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt and there is a valid assignment, then a check shall be made out to Plaintiff's attorney, Rory Linerud, and mailed to Plaintiff's attorney's new office mailing address as follows:

    Rory J. Linerud
    PO Box 5734
    Salem, OR 97304

ORDER - EAJA FEES    1

If Plaintiff has a debt, and/or if there is no valid assignment, then a check for any remaining funds, after any offset of the debt, shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above. Payments may be made by electronic fund transfer (EFT) or by check. IT IS SO ORDERED.

DATED this __13th__ day of __October__, 2023.

*Stacie F. Beckerman*
_____
HON. STACIE F. BECKERMAN
UNITED STATES MAGISTRATE JUDGE

ORDER - EAJA FEES                                2